

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Good Shepherd Medical Center - Linden, Inc., Appellant

No. 06-12-00098-CV          v.

Bobby Twilley, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 11-C-351). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Good Shepherd Medical Center - Linden, Inc., pay all costs of this appeal.

RENDERED MARCH 1, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk